IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JULIO E. SANTIAGO ROSADO
VIRGINIA CARDENALES OSORIO
   DEBTOR(S)

CASE NUM.: 09-10100 SEK

CHAPTER 13 (ASSET CASE)

*[handwritten margin note: Orb.: Denied. Debtor did not #21 the claim in transferred to PR Acquisitions, LLC. 4/13/11]*

DEBTOR'S OBJECTION TO CLAIM #2-1 FILED BY
SANTANDER FINANCIAL D/B/A ISLAND FINANCE

TO THE HONORABLE COURT:

**COMES NOW** debtor represented through its undersigned counsel and respectfully, alleges and prays :

Pursuant to Rules 3001(d)& 3007 F.R.B.P., debtor herein submit an opposition to the allowance fo claim #2-1 filed by Santander Financial D/B/A Island Finance based on the following grounds:

1. Creditor Santander Financial D/B/A Island Finance, filed Proof of Claim in the amount of $5,073.93 dollars is unsecured.

2. Debtor objects due to the Lack of evidence to sustain said debt.

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of